IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Elena Paun A.K.A. Elena Chicui * | |
| A-087-761-185 * | |
| 4307 Eldone Rd * | |
| Baltimore, MD 21229 * | |
| Petitioner, * | |
| v. * | Case No.:_____ |
| Nikita Baker * | |
| Director of the Immigration and Customs * | |
| Enforcement Baltimore Field Office * | |
| 31 Hopkins Plaza, 6th Floor * | |
| Baltimore, MD 21201 * | |
| Respondent. * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PETITION FOR WRIT OF HABEAS CORPUS

### BACKGROUND

1. Petitioner: Elena Paun, also known as Elena Chicui, is currently detained by the Immigration and Customs Enforcement (ICE) at the Baltimore Field Office. She is seeking relief from unlawful detention under 8 U.S.C. § 1226(c), as amended by the Laken Riley Act.

2. Custodian: Nikita Baker, Director of the ICE Baltimore Field Office, is the custodian responsible for Petitioner's detention.

1

3. Status: Petitioner is seeking asylum in the United States and has an Individual Hearing scheduled March 10, 2026 at the Baltimore Immigration Court at 31 Hopkins Plaza, Baltimore, MD 21201. File No.: 087-761-185.

4. Charge: Petitioner has been charged with misdemeanor theft of $100 to $1500 on July 12, 2025, specifically for the unauthorized use of a credit card by the Maryland State's Attorney and is scheduled for trial in the Harford County District Court on August 21, 2025. Case No.: D-09-CR-25-002168.

5. Jurisdiction: Petitioner is being indefinitely detained under 8 U.S.C. § 1226(c) (as amended by the Laken Riley Act) due to being charged with theft.

8. Circumstances of Charge: Petitioner was charged with theft for the unauthorized use of a credit card to purchase milk and other groceries. She is a young mother of an infant child and denies any wrongdoing. Petitioner was Released on Recognizance on July 12, 2025 and subsequently detained by ICE.

9. Threat of Transfer: ICE is threatening to move Petitioner to a detention facility in Louisiana, which would further separate her from her child and community support.

## EXHAUSTION

10. Alternative relief has not been sought because 8 U.S.C. § 1226(c) as amended by the Laken Riley Act mandates the detention of aliens who are charged with theft. "[E]xhaustion is not required where it would be futile or where the agency has

predetermined the issue before it." *Monestime v. Reilly*, 704 F.Supp.2d 453, 456 (S.D.N.Y.2010).

## VENUE

11. Venue: Petitioner resides in Maryland, was charged in Maryland, is detained by ICE in Maryland, and is currently held in the holding room of the Baltimore Field Office. Venue is proper in the District of Maryland despite the Government's threat to transfer the Petitioner. *See Ozturk v. Trump*, No. 25-CV-10695-DJC, 2025 WL 1009445 (D. Mass. Apr. 4, 2025).

## ARGUMENT

12. Violation of Due Process: Petitioner's continued detention without a bond hearing violates her Fifth Amendment rights to due process. The mandate under 8 U.S.C. § 1226(c) to hold immigrants charged with crimes without bond is unconstitutional. *See Araujo-Cortes v. Shanahan*, 35 F. Supp. 3d 533 (S.D.N.Y. 2014).

13. Unconstitutionality of 8 U.S.C. § 1226(c): The statute, as amended by the Laken Riley Act, is unconstitutional as it mandates detention without bond for immigrants charged with crimes, infringing upon fundamental due process rights. *See id.*

## RELIEF

14. Petitioner seeks immediate release on bond, allowing her to remain with her child and continue her asylum proceedings without undue hardship.

3

## CONCLUSION

For the reasons stated above, Petitioner respectfully requests that this Court grant her petition for a writ of habeas corpus, order her release on bond, and any other injunctive relief this Court deems appropriate.

Signed this 18th day of July, 2025.

Respectfully submitted,

/s/ **Mohamed Bamba**

Mohamed M. Bamba
10015 Old Columbia Road
Suite B-215
Columbia, MD 21046
443-656-8310
mohamed@bambalaw.com
Attorney for Petitioner

4

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2025, a copy of the Petition for Writ of Habeas Corpus was mailed via first class mail to Respondent, Nikita Baker, Director of the Immigration and Customs Enforcement Baltimore Field Office, at 31 Hopkins Plaza, 6th Floor, Baltimore, MD 21201.

Respectfully submitted,

/s/ **Mohamed Bamba**

Mohamed M. Bamba
10015 Old Columbia Road
Suite B-215
Columbia, MD 21046
443-656-8310
mohamed@bambalaw.com
Attorney for Petitioner