IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELENA PAUN, | * | |
|    Petitioner, | * | |
| v. | * | Civil Action No. GLR-25-2351 |
| NIKITA BAKER | * | |
|    Respondent. | * | |

\*\*\*

**ORDER**

The Court is in receipt of a Petition for Writ of Habeas Corpus filed on July 18, 2025. (ECF No. 1, the "Petition."). After reviewing the allegations and relief requested in the Petition, the Court concludes that the automatic stay as outlined in Amended Standing Order 2025-01 is inapplicable and shall lapse in this case on 4:00 pm on Tuesday July 22, 2025. The Parties are ordered to meet and confer and submit a briefing schedule on the Petition by close of business on Thursday July 23, 2025. The Court will resolve this matter in due course, after briefing is complete.

SO ORDERED this 21st day of July, 2025.

                                                                             /s/
                                              George L. Russell III
                                              Chief United States District Judge