**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

ELENA PAUN, a.k.a.
"Elena Chicui,"

      Petitioner,

v.                                                                   No. 1:25-cv-00718-DHU-LF

DORA CASTRO, Director, Otero County
Processing Center; MARY DE ANDA-YBARRA,
Field Director of the El Paso Field Office of U.S.
Immigration and Customs Enforcement (ICE);
TODD M. LYONS, Acting Director of U.S. ICE; and
KRISTI NOEM, Director of the U.S. Department of
Homeland Security (DHS),

      Respondents.

## ORDER GRANTING PETITIONER'S MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2)

THIS MATTER is before the Court on Petitioner's Motion for Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(2) ("Motion"). Doc. 19. As grounds for the Motion, Petitioner states that an Order of Removal was issued against her on August 29, 2025, and that the continuation of these proceedings would, therefore, result in a waste of judicial resources. *Id.* at 2. Having reviewed the Motion and the relevant law, the Court finds that Petitioner's Motion should be **GRANTED**.

      **IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED**, that, pursuant to Federal Rule of Civil Procedure 41(a)(2), Petitioner's Motion is **GRANTED**, and her claims against Respondents are **DISMISSED WITHOUT PREJUDICE**.

      **IT IS SO ORDERED.**

_____
HONORABLE DAVID HERRERA URIAS
UNITED STATES DISTRICT JUDGE